UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANDELL HICKMAN, | |
| Plaintiff, | |
| -against- | 20-CV-4699 (RA) |
| THE CITY OF NEW YORK, | ORDER OF SERVICE |
| Defendant. | |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/17/2020

RONNIE ABRAMS, United States District Judge:

Plaintiff, currently detained in the Anna M. Kross Correctional Facility on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that the City of New York is deliberately indifferent to a serious risk to inmates of contracting COVID-19. By order dated July 9, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP").[1]

## DISCUSSION

### A.   Service on the City of New York

The Clerk of Court is respectfully directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that the City of New York waive service of summons.

### B.   Application to Request *Pro Bono* Counsel

Plaintiff filed an application for the Court to request *pro bono* counsel. Dkt. 3. The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

## CONCLUSION

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants City of New York waive service of summons.

The Court denies Plaintiff's application for the Court to request *pro bono* counsel, Dkt. 3, without prejudice to renewal at a later time.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 17, 2020
         New York, New York

                                            Ronnie Abrams
                                            United States District Judge