```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

20-CV-4699 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 17, 2020, the Court issued an Order directing the Clerk of Court to notify the New York City Department of Correction and the New York City Law Department of the Order and requesting that the City of New York waive service of summons. Dkt. 9. To date, the City of New York has not informed the Court whether it waives service of summons. It shall do so no later than September 7, 2020.

    The Clerk of Court is respectfully directed to serve this Order on the New York City Department of Correction and the New York City Law Department, and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   August 24, 2020
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge