**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
QUANDELL HICKMAN,                                          :
                                                           :
                Plaintiff,                            :        20-CV-4699 (RA) (OTW)
                                                           :
                -against-                            :        **ORDER**
                                                           :
THE CITY OF NEW YORK,                                      :
                                                           :
                Defendant.                            :
                                                           :
                                                           :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On January 25, 2021, Defendant moved to dismiss the complaint. (ECF 21-22). On March 4, 2021, Plaintiff's deadline to oppose Defendant's motion to dismiss was extended to March 26, 2021. (ECF 28). By letter dated April 9, 2021, Defendant reported that Plaintiff has neither filed nor served an opposition. (ECF 30). Plaintiff's deadline to file and serve opposition papers is hereby extended to **Friday, May 14, 2021**. Failure to file and serve an opposition will result in the Court considering Defendant's motion to dismiss to be unopposed. Plaintiff may submit filings by mail to the Pro Se Office, 500 Pearl Street, New York, NY 10007 or by email to temporary_pro_se_filing@nysd.uscourts.gov. Instructions for filing by email are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose. Defendant is directed to serve a copy of this Order on *pro se* Plaintiff via email and trackable mail and to file proof of service on the docket by **April 27, 2021**.

**SO ORDERED.**

Dated: April 22, 2021             <u>_s/ Ona T. Wang_</u>
       New York, New York        **Ona T. Wang**
                                  United States Magistrate Judge