UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
QUANDELL HICKMAN,

                    Plaintiff,

      -against-                                     20 **CIVIL** 4699 (RA) (OTW)

                                                                  **JUDGMENT**
CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 12, 2021, Because Hickman failed to exhaust the administrative remedies available to him at Rikers Island, as required by the PLRA, the City's motion to dismiss is granted on that basis. The Court need not evaluate whether the Complaint otherwise plausibly alleges a violation of Hickman's constitutional rights or that such a violation was caused by a municipal policy or custom, as required to establish the City's liability; accordingly, this case is closed.

**Dated:** New York, New York

      August 13, 2021

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                  BY:
                                                           **Deputy Clerk**