```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                      Plaintiff,

v.

CITY OF NEW YORK,

                      Defendant.

No. 20-CV-4699 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 28, 2021, the Court received a letter from *pro se* plaintiff Quandell Hickman informing the Court that his address had changed and requesting information about the civil rights case he had filed against the City of New York on June 18, 2020. In that lawsuit, Plaintiff challenged the conditions of his pretrial detention at Rikers Island.

On August 12, 2021, the Court issued an Order finding that Plaintiff had failed to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e. Because the Court was able to determine from the face of Plaintiff's Complaint that he had failed to exhaust the administrative remedies that were available to him, it dismissed his case on that basis.

The Clerk of Court is respectfully directed to mail a copy of both this Order and the August 12, 2021 Order to Plaintiff at his current address, which is:

B&C#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, N.I.C. Annex
1500 Hazen Street, East Elmhurst, NY 11370

SO ORDERED.

Dated:    January 3, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge